UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARJORIE SEARS,

        Plaintiff,

vs.

Case No: 6:23-cv-271

THE OLD FISH HOUSE, LLC. d/b/a
THE OLD FISH HOUSE BAR AND
GRILL,

        Defendant.
_____/

## COMPLAINT

Plaintiff, Marjorie Sears (hereinafter "Plaintiff"), by and through the undersigned counsel, brings this complaint against Defendant, The Old Fish House, LLC. d/b/a The Old Fish House Bar and Grill (hereinafter "Defendant"), and in support thereof states the following:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is and, at all times mentioned herein, was a resident of Massachusetts.

2. Defendant is, and at all times mentioned herein was, a Florida Corporation with its principal address at 5185 S. U.S. Highway #1, Grant, FL 32949 (hereinafter "the Property").

3. Defendant, by and through its agents, servants, and employees, owns, manages, and maintains the Premises and has exclusive control of the Property.

4. Diversity jurisdiction is invoked pursuant to 28 U.S.C. §1332.

5. The amount in controversy exceeds $75,000, exclusive of interest and costs, as specified by 28 U.S.C. §1332.

6. The parties to this action are citizens of a State and citizens or subjects of a foreign state or different states, as specified by 28 U.S.C. §1332.

7. Personal jurisdiction is invoked against Defendant as Defendants operated, conducted, engaged in, and carried on a business or business venture in the State of Florida.

8. Venue is proper in the United States District Court of the Middle District of Florida pursuant to 28 U.S.C. §1391 (b) because a substantial part of the events or omissions giving rise to the claims asserted below occurred within this judicial district.

9. Plaintiff has performed all conditions precedent to the commencement of this action or they have occurred.

## BACKGROUND AND GENERAL ALLEGATIONS

10. Defendant, by and through its agents, servants, and employees operated, managed, and/or maintained a restaurant located at 5185 S. U.S. Highway #1, Grant, FL 32949.

11. On or about December 14, 2022, Plaintiff was visiting the restaurant with her family to have a meal.

12. Plaintiff entered the Property with no issue.

13. However, while exiting the Property, Plaintiff (an eighty-six year old woman) tripped over a folded-up rug at the entrance and fell landing on her face and arm.

14. Upon information and belief, the rug on which Plaintiff tripped was folded by an employee of Defendant who was in a rush to close the restaurant and left by the front

door of the Property. Defendant failed to warn Plaintiff of the dangerous conditions that were not readily apparent.

15. As a direct and proximate result of Defendant's negligent placement of the fold up rug, Plaintiff has sustained serious and permanent injuries.

### COUNT I – NEGLIGENCE

Plaintiff re-alleges and re-incorporates the allegations in paragraphs 1-15.

16. On or about December 14, 2022, Plaintiff was a business invitee at the restaurant located at the Property and, therefore, on the premises lawfully.

17. Defendant owed a duty to protect Plaintiff and is responsible for any and all injuries sustained on its premises.

18. On or about December 14, 2022, Defendant, by and through its agents, employees and servants, negligently and carelessly maintained, managed, and/or operated the restaurant.

19. Defendant, by and through its agents, servants, and employees, had a duty to maintain its premise in a reasonably safe condition and warn Plaintiff of any dangerous conditions yet breached said duties to Plaintiff by committing one or more of the following negligent acts and/or omissions as it relates to the folded up rug left near the entrance before all patrons had left the Premise:

   a. failing to maintain the restaurant in a reasonably safe condition;

   b. failing to properly train its employees to not leave a folded-up rug in front of the front entrance;

   c. failing to properly supervise its employees;

   d. failing to properly protect Plaintiff from dangerous conditions; and

  e. failing to warn Plaintiff of the dangerous condition when it knew, or in the exercise of reasonable care, should have known that such condition created an unreasonable risk;

  20. As a direct, proximate and foreseeable result of the negligence of Defendant, Plaintiff was injured in and about her body, suffered severe injuries, and physical pain.

  WHEREFORE, Plaintiff respectfully requests this Court to award compensatory damages, costs, attorney fees, punitive damages and other such relief as this Court may deem appropriate.

## DEMAND FOR JURY TRIAL

  Plaintiffs demand a jury trial with regards to all claims.

DATED this 16th day of February 2023.

         Respectfully submitted,

         **SUSEN LAW GROUP**
         Attorney for Plaintiff
         110 East Broward Boulevard
         Suite 1700
         Fort Lauderdale, FL 33301
         Telephone: (954) 315-3815

         By: /s/ Marcus J. Susen
           MARCUS J. SUSEN, ESQ.
           Fla. Bar No. 70789
           Marcus@susenlawgroup.com
           pleadings@susenlawgroup.com

**Registered Agent for The Old Fish House, LLC.**
Thomas L Oyler
5185 US Hwy 1
Grant, FL 32949